# Court of Appeals
# of the State of Georgia

ATLANTA,  August 11, 2017

*The Court of Appeals hereby passes the following order:*

## A18D0021.  ALTURO PASCO v. J. BROWN et al.

Alturo Pasco has filed an application for discretionary review of the trial court's order denying the filing of his motion for preliminary injunction and temporary restraining order.  Although Pasco has included a copy of the trial court's order, the order was not a stamped "filed" copy as required by Court of Appeals Rule 31 (c).  Without such a copy of the order, we cannot ascertain if the application was filed within 30 days of the day it was entered by the trial court clerk, which is a jurisdictional prerequisite.  See OCGA § 5-6-35 (d); *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Accordingly, on July 26, 2017, we ordered Pasco to supplement his application within ten days with a stamped "filed" copy of the order. We provided that failure to comply with this directive would result in dismissal of the application.  Pasco did not submit a stamped "filed" copy of the trial court order within ten days of our order.

Without a stamped "filed" copy of the trial court order, we are unable to entertain jurisdiction over this case.  Accordingly, Pasco's application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/11/2017
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.